IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD STACKER, also known as ROBERT LEE VIKING, Dallas Cnty. Jail BookIn No. 19007211, | § § § § | |
| Plaintiff, | § § | |
| V. | § | No. 3:21-cv-20-E |
| 282ND JUDICAL DISTRICT COURT, | § § § | |
| Defendant. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 28th day of January, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE